**Mario Timmothy ORTEGA, Plaintiff–Appellant,**

v.

**CORCORAN STATE PRISON; et al., Defendants–Appellees.**

No. 10–17016.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 27, 2011.

Mario Timmothy Ortega, pro se.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM ***

Mario Timmothy Ortega, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. §§ 1915A and 1915(e)(2). *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998). We affirm.

The district court properly dismissed Ortega's amended complaint because his allegations, at most, showed a difference of opinion regarding the treatment of his eye. *See Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir.1996) (explaining that a difference of opinion about medical care is "insufficient, as a matter of law, to establish deliberate indifference").

Ortega's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.